AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Deborah Rozette and Donald Rozette,
Plaintiff (s),
V.
Grand Design RV, LLC,
Defendant (s),

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

CASE NUMBER: 5:25-cv-02690-CH

Notice is hereby given that, subject to approval by the court, Grand Design RV, LLC (Party (s) Name) substitutes James S. Dobis, Esq. (Name of New Attorney), State Bar No. JD1425 as counsel of record in place of Hans Piljs, Esq., Dinsmore & Shohl, LLP (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Dobis, Russell & Peterson, P.C.
Address: 103 West Main Street, P.O. Box 134, Westfield, PA 16950
Telephone: (610) 689-8698 Facsimile (973) 740-2484
E-Mail (Optional): jdobis@drp-law.com

I consent to the above substitution.
Date: 3/6/26

Assistant General Counsel, Winnebago Industries, Inc. (Parent of Grand Design RV, LLC)
(Signature of Party (s))

I consent to being substituted.
Date: 3/5/26

Hans N.J. Pijls
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/6/26

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: ______________

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]